**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@musickpeeler.com

Attorneys for Defendant TRANS UNION LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| AARON LLOYD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KEYBANK NATIONAL ASSOCIATION d/b/a KEYBANK USA; and TRANS UNION, LLC.,<br><br>Defendants. | Case No. 8:19-cv-00401 JVS (JDEx)<br><br>Hon. James V. Selna, Courtroom 10C<br><br>**ORDER OF DISMISSAL OF TRANS UNION LLC ONLY, WITH PREJUDICE** |

Plaintiff Aaron Lloyd and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED THAT the claims and causes of action that were or could have been asserted herein by Plaintiff Aaron Lloyd against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED: September 20, 2019

Hon. James V. Selna
United States District Judge

MUSICK, PEELER & GARRETT LLP

1179640.1

2

[PROPOSED] ORDER OF DISMISSAL OF TRANS UNION LLC ONLY, WITH PREJUDICE